STATE OF NEW JERSEY v. PAUL BETHEA.

September 11, 1987.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. THOMAS GRISARD.

September 11, 1987.

Petition for certification denied.

MICHAEL JOHNSON v. JOHN J. RAFFERTY.

September 11, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. OTIS L. TERRELL.

September 11, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL PARIS.

September 11, 1987.

Petition for certification denied.